UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EUGENE HATHON TAYLOR, IV | CIVIL ACTION |
| VERSUS | NO. 24-812 |
| ROCKSTAR GAMES, INC. ET AL. | SECTION: "J"(5) |

ORDER

The Court, having considered the Complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation (Rec. Doc. 4), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS HEREBY ORDERED** that Plaintiff Eugene Hathon Taylor, IV's Complaint be **DISMISSED WITH PREJUDICE** for failure to state a cause of action under 28 U.S.C. § 1915(e)(2)(B)(i-iii).

New Orleans, Louisiana, this 20th day of September, 2024.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE